**William H. URBAN, Jr., Appellant,**

v.

**RADICE CORPORATION, a Corporation; Radice Office Building One, Inc., a Corporation; and Radice Management Of Pennsylvania Corporation, a Corporation,**

v.

**Robert COLOSIMO, d/b/a Public Parking of Pittsburgh Company.**

Supreme Court of Pennsylvania.

Argued March 9, 1998.

Decided April 3, 1998.

H.N. Rosenberg, David Ainsman, Pittsburgh, for William H. Urban, Jr.

Lynette Norton, Tracey Garland Vinson, Pittsburgh, for Radice.

Andrew J. Banyas, III, Dara A. DeCourcy, Pittsburgh, for Robert Colosimo.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.